FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2021

No. 04-21-00376-CR

Andell Brymonte **PITTMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2518
Honorable Jennifer Pena, Judge Presiding

# O R D E R

On September 14, 2021, we ordered Appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction, because the notice of appeal had been filed under a dismissed cause number. We suspended all appellate deadlines.

Pittman then filed an amended notice of appeal with the correct trial court cause number as well as a motion for extension of time. *See* TEX. R. APP. P. 25.2(c), 26.3. We conclude we have jurisdiction in this appeal. The order to show cause is satisfied.

We REINSTATE the appellate timetable. The reporter's record is due on December 6, 2021. *See* TEX. R. APP. P. 35.2(a).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court